**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-CV-1313-RPM-BNB

JEFFREY THOMAS,
SCOTT GOULD,
MICHAEL HAFFLING,
JOHN STEMMLER,
and TREVOR JENKINS,                                                                    Plaintiffs,

v.

REPUBLIC AIRWAYS HOLDINGS, INC.,
DANIEL SNEDDON,
ANTHONY FREITAS, and
JOHN PREVISICH,                                                                          Defendants.

---

**ORDER GRANTING MOTION TO INTERVENE AND SETTING BRIEFING SCHEDULE**

---

This matter coming before the Court on Plaintiffs' Unopposed Motion to Stipulate to Intervention of IBT Airline Division, and to Set Briefing Schedule;

IT IS HEREBY ORDERED AS FOLLOWS:

1.     Plaintiffs having agreed to withdraw any objection to the intervention of the International Brotherhood of Teamsters, Airline Division (the "IBT") as an Intervenor-Defendant, without prejudice to or waiver of any contention that Plaintiffs may advance with respect to any matter set forth in the IBT's Motion to Intervene, the IBT is granted leave to intervene as an Intervenor-Defendant.  This is without prejudice to or waiver of any contention that any party may advance with respect to any matter set forth in the IBT's Motion to Intervene.

1

2. Responses to the IBT's Motion for Summary Judgment, the Motion of Defendant Anthony J. Freitas for Summary Judgment, and the Motion by Substituted Defendant John Previsich to Dismiss or, in the Alternative for Summary Judgment shall be filed on or before September 12, 2011.

3. Replies in support of the IBT's Motion for Summary Judgment, the Motion of Defendant Anthony J. Freitas for Summary Judgment, and the Motion by Substituted Defendant John Previsich to Dismiss or, in the Alternative for Summary Judgment shall be filed on or before October 7, 2011.

4. In the event that Plaintiffs file a cross motion or cross motions for summary judgment in conjunction with their responses to one or more of the defendants' motions for summary judgment, responses to any such cross motion for summary judgment shall be filed on or before October 7, 2011; and Plaintiffs' reply in support of any such cross motion for summary judgment shall be filed on or before October 31, 2011.

DATED: August 1st, 2011

BY THE COURT:
s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge